**Oheneba (Kwame) GYAMFI, Plaintiff–Appellant,**

v.

**UNITED STATES of America, a/k/a Commissioner of Internal Revenue, Defendant–Appellee.**

No. 10–1844.

United States Court of Appeals, Fourth Circuit.

Submitted: Jan. 18, 2011.

Decided: Jan. 25, 2011.

Oheneba (Kwame) Gyamfi, Appellant Pro Se. Christopher David Belen, Jonathan S. Cohen, Christine Durney Mason, United States Department of Justice, Washington, D.C., for Appellee.

Before NIEMEYER, DUNCAN, and AGEE, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Oheneba "Kwame" Gyamfi appeals the district court's order construing his pleading as a complaint, amending the pleading and the caption, and dismissing the complaint for failure to exhaust administrative remedies. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Gyamfi v. United States,* No. 8:09–cv–02501–PJM, 2010 WL 2106198 (D.Md. May 24, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*